IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| SHERYL TAYLOR, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | No. 2:11-cv-3087-STA-dkv |
|  | ) |  |
| KARLA DAVIS, ET AL., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

_____

ORDER OF DISMISSAL
_____

On December 13, 2011 Plaintiff Sheryl Taylor filed a pro se complaint pursuant to 28 U.S.C. § 1331, along with a motion to proceed in forma pauperis (Docket Entries 1 & 2).

By court order entered December 15, 2011 (D.E. 4), Plaintiff's motion to proceed in forma pauperis was denied and Plaintiff was directed to pay the $350.00 civil case filing fee within thirty (30) days after the date the order was entered. The order also provided that, "Failure to timely comply with this order will result in dismissal of this action without further notice, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute."

Plaintiff has not complied with the court-ordered directive, and the time for compliance has expired. Therefore, the complaint is DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 41(b).

IT IS SO ORDERED this 19th day of January, 2012.

                                                       **s/ S. Thomas Anderson**
                                                      S. THOMAS ANDERSON
                                                      UNITED STATES DISTRICT JUDGE