```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

```
                                    Ж
SHERYL TAYLOR,                      Ж
                                    Ж
          Plaintiff,                Ж
                                    Ж
vs.                                 Ж    No. 11-3087-STA-dkv
                                    Ж
KARLA DAVIS, et al.,                Ж
                                    Ж
          Defendants.               Ж
                                    Ж
```

ORDER DENYING MOTIONS FOR APPOINTMENT OF COUNSEL
(DOCKET ENTRIES 18, 22 & 23)
AND
ORDER DENYING MOTIONS FOR APPEARANCE
(DOCKET ENTRIES 19 & 24)

On December 13, 2011, Plaintiff Sheryl Taylor, a resident of Memphis, Tennessee, filed a pro se complaint. (Docket Entry ("D.E.") 1.) On January 17, 2012, Plaintiff filed an amended complaint and paid the filing fee. (D.E. 5 & 11.)  On January 18 and February 2, 2012, Plaintiff filed additional amended complaints. (D.E. 8 & 14.)

On February 23, April 6, and April 10, 2011, Plaintiff filed motions for appointment of counsel. (D.E. 18, 22 & 23.) Twenty-eight U.S.C. § 1915(d) provides that the "court may request an attorney to represent any such person unable to employ counsel."[1] Plaintiff is not indigent. She has paid the filing fee and has

---

[1] However, "§ 1915(d) does not authorize the federal courts to make coercive appointments of counsel" to represent indigent civil litigants. Mallard v. United States Dist. Court, 490 U.S. 296, 310 (1989).

sufficient resources to hire an attorney. The motions for appointment of counsel are DENIED.

On March 22 and April 10, 2012, Plaintiff filed documents styled as "NOTICE OF A CONSTITUTIONAL STATUTE & MOTION FOR AN APPEARANCE OF THE UNITED STATES ATTORNEY GENERAL." (D.E. 19 & 24.) Plaintiff requests that the Attorney General of the United States intervene in the action on her behalf. (Id.) Plaintiff's motions have no legitimate legal basis and are DENIED.

It is further ORDERED that Plaintiff shall serve a copy of every document filed in this cause on the attorneys for Defendant. Plaintiff shall make a certificate of service on every document filed. Plaintiff shall familiarize herself with the Federal Rules of Civil Procedure and this Court's local rules.[2]

Plaintiff shall promptly notify the Clerk of any change of address or whereabouts. Failure to comply with these requirements, or any other order of the Court, may result in the dismissal of this case without further notice.

IT IS SO ORDERED this 7th day of August, 2012.

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

---

[2] A free copy of the Local Rules may be obtained from the Clerk. The Local Rules are also available on the Court's website at www.uscourts.gov/pdf/content/LocalRules.pdf.