IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SHERYL TAYLOR, | ) | CIVIL ACTION NO. 2:11-cv-3087-STA-dkv |
| Plaintiff | ) | |
| KARLA DAVIS, ET AL., | ) | |
| Defendants | ) | |

**PLAINTIFF'S MOTION TO RECUSE WARREN JASPER FROM THIS CIVIL ACTION**

COMES NOW, pursuant to Federal Rules of Civil Procedure, the Plaintiff respectfully moves this Court to recuse Warren A. Jasper from this civil action. Rule 1.7(a) of the ABA Model Rules of Professional Conduct. Warren A. Jasper has violated the ethical conduct of lawyers. Plaintiff moves this Court for a hearing on this issue. Warren A. Jasper is the entity that denied the Plaintiff a hearing before the Tennessee Department of Labor and Workforce Development. All federal employees have a right to hearing before all administrative agencies seeking a relief under the Unemployment Compensation for Federal Employees (UCFE) Unemployment Insurance (UI) Program. The Plaintiff was denied a hearing before the Board of Review (BOR) and the Commissioner's Designee before the Tennessee Department of Labor and the Workforce Development which is a violation of federal laws.

Respectfully submitted,

*/s/ Sheryl Taylor*
Sheryl Taylor
PO Box 897
Memphis, TN  38101

2

## CERTIFICATE OF CONSULTATION

1. Attached certified letter # 7011 3500 0000 0761 0975 and fax sent to attorney Warren A. Jasper and certified letter # 7011 3500 0000 0761 0982 attorney Harriett Halmon on August 14, 2012 and August 28, 2012. See Exhibit 1.
2. Warren A. Jasper did not respond the Plaintiff.
3. Federal Rules of Civil Procedure & ABA Professional Conduct Rules.

## CERTIFICATE OF SERVICE

I, Sheryl Taylor, do hereby certify that a copy of the foregoing Plaintiffs' Motion to Recuse Warren A. Jasper has been mailed, first class, postage prepaid, on August 31, 2012 to:

Warren A. Jasper  
State of Tennessee  
General Civil Division  
425 5th Avenue North  
Nashville TN  37243  
PO Box 20207  
Nashville TN  37202  

Harriett Miller Halmon  
167 North Main, Ste 800  
Memphis, TN  38103  

_Sheryl Taylor_  
Sheryl Taylor

## Message Confirmation Report

AUG-14-2012 04:16 PM TUE

Fax Number :
Name :

| | | |
|---|---|---|
| Name/Number | : | 16157412009 |
| Page | : | 1 |
| Start Time | : | AUG-14-2012 04:16PM TUE |
| Elapsed Time | : | 00'16" |
| Mode | : | STD ECM |
| Results | : | [O.K] |

EXHIBIT 1

August 14, 2012

United States Attorney Office
Attn: Harriett Halmon
167 North Main, Ste 800
Memphis TN 38103
Fax: 901-544-4230
RE: 11 cv 3087

State of Tennessee
Attorney General and Reporter
General Civil Division
Attn: Warren A. Jasper
425 5th Avenue North
Nashville, TN 37243
PO Box 20207
Nashville, TN 37202
Fax: 615-741-2009

Dear Harriett Halmon and Warren A. Jasper:

I seek an unopposed motion for Warren A. Jasper to recuse himself from this civil action. There is a conflict of interest. Warren A. Jasper is an entity that denied my petition for a hearing before the Board of Review. Warren A. Jasper has a relationship with the federal government in this civil action.

I would like a written response as soon as possible.

Sincerely,
Sheryl Taylor

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

NASHVILLE TN 37243
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.45  0980 |
| Certified Fee | | $2.95  09 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.40  08/14/2012 |

Postmark Here

Sent To: State of TN
Street, Apt. No.; or PO Box No.: 425 5th Ave North
City, State, ZIP+4: Nashville, TN 37243

7011 3500 0000 0760 8408

PS Form 3800, August 2006   See Reverse for Instructions

**Message Confirmation Report**                              AUG-14-2012 04:18 PM TUE

                                         Fax Number   :
                                         Name         :

| | | |
|---|---|---|
| Name/Number | : | 9015444230 |
| Page | : | 1 |
| Start Time | : | AUG-14-2012 04:18PM TUE |
| Elapsed Time | : | 00'12" |
| Mode | : | STD ECM |
| Results | : | [O.K] |

EXHIBIT 1

August 14, 2012

United States Attorney Office
Attn: Harriett Halmon
167 North Main, Ste 800
Memphis TN 38103
Fax: 901-544-4230
RE: 11 cv 3087

State of Tennessee
Attorney General and Reporter
General Civil Division
Attn: Warren A. Jasper
425 5th Avenue North
Nashville, TN 37243
PO Box 20207
Nashville, TN 37202
Fax: 615-741-2009

Dear Harriett Halmon and Warren A. Jasper:

I seek an unopposed motion for Warren A. Jasper to recuse himself from this civil action. There is a conflict of interest. Warren A. Jasper is an entity that denied my petition for a hearing before the Board of Review. Warren A. Jasper has a relationship with the federal government in this civil action.

I would like a written response as soon as possible.

Sincerely,
Sheryl Taylor

*[USPS Certificate of Mailing, PS Form 3817, handwritten from Ms. Taylor, PO Box 89[..], Mphs TN 3810[.], to US Atty Ofc, Attn: Harriett Halmon, 167 N. Main Ste 800, Mphs TN 38103; postmarked Memphis TN, Aug 14, 2012, $1.15]*

Message Confirmation Report                    AUG-28-2012 12:51 PM TUE

```
                                    Fax Number  :
                                    Name        :

Number      :  16157412009
            :  1
Time        :  AUG-28-2012 12:50PM TUE
ed Time     :  00'12"
            :  STD ECM
ts          :  [O.K]
```

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $0.45 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $3.40 |

Postmark Here  08/28/2012

Sent To: State of TN
Street, Apt. No.; or PO Box No.: 425 5th Ave. North
City, State, ZIP+4: Nashville, TN 37243

PS Form 3800, August 2006          See Reverse for Instruction

EXHIBIT 1

August 28, 2012

United States Attorney Office
Attn: Harriett Halmon
167 North Main, Ste 800
Memphis TN 38103
Fax: 901-544-4230
RE: 11 cv 3087

***AMENDED LETTER***

State of Tennessee
Attorney General and Reporter
General Civil Division
Attn: Warren A. Jasper
425 5th Avenue North
Nashville, TN 37243
PO Box 20207
Nashville, TN 37202
Fax: 615-741-2009

Dear Harriett Halmon and Warren A. Jasper:

I am consulting with Warren A. Jasper to have Warren A. Jasper recuse himself from civil action 11cv 3087. There is a conflict of interest for Warren A. Jasper to continue as legal counsel for civil action 11 cv 3087. I am consulting with Warren A. Jasper because I would like to file an unopposed motion for Warren A. Jasper to remove or recuse himself from civil action 11 cv 3087. However, I am consulting with all defendants on this unopposed motion. I am without legal counsel and I am unsure if I am required to contact Attorney Harriet Halmon.

In addition, I am consulting with attorney Harriett Halmon for an unopposed motion for Harriet Halmon to recuse or remove herself from civil action 11 cv 3087. It is a conflict of interest for Harriet Halmon to participate as legal counsel in civil action 11 cv 3087.

I would like a response as soon as possible. My mailing address is PO Box 897 Memphis TN 38101.

Sincerely,

Sheryl Taylor

**Message Confirmation Report**                AUG-28-2012 12:53 PM TUE

Fax Number    :
Name          :

| | | |
|---|---|---|
| Name/Number | : | 9015444230 |
| Page | : | 1 |
| Start Time | : | AUG-28-2012 12:52PM TUE |
| Elapsed Time | : | 00'18" |
| Mode | : | STD ECM |
| Results | : | [O.K] |

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.45    0980 |
| Certified Fee | | $2.95    09 |
| Return Receipt Fee (Endorsement Required) | | $0.00   Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.40   08/28/2012 |

Sent To: US Atty Ofc
Street, Apt. No.; or PO Box No.: 167 N. Main St-800
City, State, ZIP+4: Mphs TN 38103

PS Form 3800, August 2006                    See Reverse for Instruction

EXHIBIT 1

August 28, 2012

United States Attorney Office
Attn: Harriett Halmon
167 North Main, Ste 800
Memphis TN 38103
Fax: 901-544-4230
RE: 11 cv 3087

State of Tennessee
Attorney General and Reporter
General Civil Division
Attn: Warren A. Jasper
425 5th Avenue North
Nashville, TN 37243
PO Box 20207
Nashville, TN 37202
Fax: 615-741-2009

***AMENDED LETTER***

Dear Harriett Halmon and Warren A. Jasper:

I am consulting with Warren A. Jasper to have Warren A. Jasper recuse himself from civil action 11cv 3087. There is a conflict of interest for Warren A. Jasper to continue as legal counsel for civil action 11 cv 3087. I am consulting with Warren A. Jasper because I would like to file an unopposed motion for Warren A. Jasper to remove or recuse himself from civil action 11 cv 3087. However, I am consulting with all defendants on this unopposed motion. I am without legal counsel and I am unsure if I am required to contact Attorney Harriet Halmon.

In addition, I am consulting with attorney Harriett Halmon for an unopposed motion for Harriet Halmon to recuse or remove herself from civil action 11 cv 3087. It is a conflict of interest for Harriet Halmon to participate as legal counsel in civil action 11 cv 3087.

I would like a response as soon as possible. My mailing address is PO Box 897 Memphis TN 38101.

Sincerely,
Sheryl Taylor