IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| SHERYL TAYLOR, | ) | CIVIL ACTION NO. 2:11-cv-3087-STA-dkv |
| Plaintiff | ) | |
| KARLA DAVIS, ET AL., | ) | |
| Defendants | ) | |

**PLAINTIFF'S EMERGENCY MOTION TO STAY ALL ORDERS OF THE UNITED STATES MAGISTRATE JUDGE VESCOVO**

COMES NOW, pursuant to Federal Rules of Civil Procedure Rule 72.1.4 objections; appeals; stay of magistrate judge's orders, Plaintiff respectfully moves this Court to stay all orders of the United States Magistrate Judge Diane Vescovo. (Dkt #87.) (Dkt. #88.) (Dkt #89.) Plaintiff files this motion to notify the United States Magistrate Judge Vescovo. A stay is necessary for all orders of Judge Vescovo pending a ruling on all motions filed by the Plaintiff. There is a federal question pending before the Court which is necessary to stay all orders of Judge Vescovo. Plaintiff is without legal counsel. There is a prejudice toward the Plaintiff for a lack of counsel.

Respectfully submitted,

_____
Sheryl Taylor
PO Box 897
Memphis, TN  38101

### CERTIFICATE OF CONSULTATION

1. Attached certified letter and fax sent to attorney Warren A. Jasper and attorney Harriett Halmon on 8-30-12. See Exhibit 1.

2. Emergency motion was filed and attorney Warren A. Jasper and attorney Harriett Halmon did not respond to the fax of the Plaintiff.

2

## CERTIFICATE OF SERVICE

I, Sheryl Taylor, do hereby certify that a copy of the foregoing Plaintiffs' Motion to Stay all Orders of United States Magistrate Judge Vescovo has been mailed, first class, postage prepaid, on August 31, 2012 to:

| | |
|---|---|
| Warren A. Jasper<br>State of Tennessee<br>General Civil Division<br>425 5th Avenue North<br>Nashville TN  37243<br>PO Box 20207<br>Nashville TN  37202 | Harriett Miller Halmon<br>167 North Main, Ste 800<br>Memphis, TN  38103 |

_/s/ Sheryl Taylor_
Sheryl Taylor

# Message Confirmation Report

AUG-30-2012 10:47 AM THU

Fax Number  :
Name        :

| | | |
|---|---|---|
| Name/Number | : | 16157412009 |
| Page | : | 1 |
| Start Time | : | AUG-30-2012 10:47AM THU |
| Elapsed Time | : | 00'12" |
| Mode | : | STD ECM |
| Results | : | [O.K] |

EXHIBIT 1

---

August 30, 2012

United States Attorney Office
Attn: Harriett Halmon
167 North Main, Ste 800
Memphis TN 38103
Fax: 901-544-4230
RE: 11 cv 3087

State of Tennessee
Attorney General and Reporter
General Civil Division
Attn: Warren A. Jasper
425 5th Avenue North
Nashville, TN 37243
PO Box 20207
Nashville, TN 37202
Fax: 615-741-2009

Dear Harriett Halmon and Warren A. Jasper:

I am consulting with you for an unopposed emergency motion to stay the order of the United States Magistrate Judge Vescovo. I would like your position and my fax number is 901-526-5711 by today August 30, 2012. Do you object, no position or no objection?

In addition, I am consulting with you for an unopposed motion for reconsideration, relief from an order and relief from a judgment that will lead to a dismissal of my complaint. I would like your position regarding reconsideration, relief from an order, relief from judgment by August 31, 2012 and my fax number is 901-526-5711. Do you object, no position or no objection? However, I am without legal counsel and I would like a response as soon as possible. My mailing address is PO Box 897 Memphis, TN 38101.

Sincerely,

Sheryl Taylor

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.45  0960 |
| Certified Fee | | $2.95   09 |
| Return Receipt Fee (Endorsement Required) | | $0.00   Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.40   08/30/2012 |

Sent To: State of TN
Street, Apt. No.; or PO Box No. 425 5th Ave North
City, State, ZIP+4: Nashville, TN 37243

**Message Confirmation Report**     AUG-30-2012 10:49 AM THU

```
                              Fax Number  :
                              Name        :

Name/Number    :   9015444230
Page           :   1
Start Time     :   AUG-30-2012 10:49AM THU
Elapsed Time   :   00'16"
Mode           :   STD ECM
Results        :      [O.K]
```

EXHIBIT 1

August 30, 2012

United States Attorney Office
Attn: Harriett Halmon
167 North Main, Ste 800
Memphis TN 38103
Fax: 901-544-4230
RE: 11 cv 3087

State of Tennessee
Attorney General and Reporter
General Civil Division
Attn: Warren A. Jasper
425 5th Avenue North
Nashville, TN 37243
PO Box 20207
Nashville, TN 37202
Fax: 615-741-2009

Dear Harriett Halmon and Warren A. Jasper:

I am consulting with you for an unopposed emergency motion to stay the order of the United States Magistrate Judge Vescovo. I would like your position and my fax number is 901-526-5711 by today August 30, 2012. Do you object, no position or no objection?

In addition, I am consulting with you for an unopposed motion for reconsideration, relief from an order and relief from a judgment that will lead to a dismissal of my complaint. I would like your position regarding reconsideration, relief from an order, relief from judgment by August 31, 2012 and my fax number is 901-526-5711. Do you object, no position or no objection? However, I am without legal counsel and I would like a response as soon as possible. My mailing address is PO Box 897 Memphis, TN 38101.

Sincerely,

Sheryl Taylor

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $0.45 | 0980 |
| Certified Fee | $2.95 | 09 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $3.40 | 08/30/2012 |

Sent To: U.S. Atty OFC
Street, Apt. No.; or PO Box No.: 167 N. Main Ste. 800
City, State, ZIP+4: Mphs TN 38103

See Reverse for Instructions
PS Form 3800, August 2006